## THE ROLF.

### LAW et al. v. THE ROLF.

*(Circuit Court of Appeals, Second Circuit. February 16, 1892.)*

COLLISION—SAIL VESSELS CROSSING—COLLISION RULES, ART. 14, (C.)

Collision occurred on the high seas, on a clear morning, between the ship Rolf and the bark Boyd. The Rolf, bound from Havre to Sandy Hook, was sailing at least two points free, with the wind on her starboard side. The Boyd, bound from New York to Hong Kong, had the wind on her port side. Her contention was that she was sailing closehauled. The Rolf's witnesses asserted that the Boyd also was sailing free. The Boyd did not alter her course. The Rolf put her helm up after collision was inevitable, but was struck on her starboard side. *Held*, on the evidence, that the Boyd, as well as the Rolf, was sailing free, and hence, under the International Collision Rules, art. 14, (c,)—(23 St. at Large, p. 441,)—the Boyd was bound to avoid the Rolf, which had the wind on her starboard side, and was liable for her failure so to do.

47 Fed. Rep. 220, affirmed.

In Admiralty. Appeal from the District Court of the United States for the Eastern District of New York. Affirmed.

*Wing, Shoudy & Putnam*, (*Harrington Putnam*, of counsel,) for appellants.

*Butler, Stillman & Hubbard*, (*Wilhelmus Mynderse*, of counsel,) for appellee.

Before WALLACE and LACOMBE, Circuit Judges.

PER CURIAM. We are satisfied with the opinion of the court below in this case, and affirm the decree.